UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

BRENDA K. DORN,

        Plaintiff,

v.

        Case No. 23-cv-800-pp

KILOLO KIJAKAZI,

        Defendant.

---

**ORDER DISMISSING CASE**

---

The plaintiff filed an Unopposed Motion for Dismissal with Prejudice, indicating that "after due diligence in researching the issues, counsel concedes that no issues of merit exist." Dkt. No. 13. The plaintiff moves for dismissal of this case with prejudice and states that the defendant does not oppose the motion. Id.

The court **GRANTS** the plaintiff's unopposed motion for dismissal. Dkt. No. 13.

The court **ORDERS** that this case is **DISMISSED WITH PREJUDICE**. The clerk will enter judgment accordingly.

Dated in Milwaukee, Wisconsin this 20th day of October, 2023.

        BY THE COURT:

        _____
        **HON. PAMELA PEPPER**
        **Chief United States District Judge**